UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMMY L. ROSE,<br><br>                      Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                      Defendant. | NO:  CV-10-5099-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

      This matter comes before the Court on the United States Magistrate Judge James P. Hutton's Report and Recommendation entered on July 11, 2011, ECF No. 30, recommending this Court grant the Defendant's Motion for Summary Judgment, ECF No. 26, and deny the Plaintiff's Motion for Summary Judgment, ECF No. 24. The deadline for filing objections has passed. No objections have been filed.

ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 1

1  The district court affirms the determination of a United States Magistrate
2  Judge unless that determination is clearly erroneous or contrary to law. LMR 3(b).
3  Having reviewed the report and recommendation, and finding no error, the
4  Court adopts the magistrate judge's recommendations in their entirety.
5  Accordingly, IT IS ORDERED that:
6  1. The Report and Recommendation, **ECF No. 30**, to grant Defendant's
7  Motion for Summary Judgment, ECF No. 26, and deny Plaintiff's
8  Motion for Summary Judgment, ECF No. 24, is **ADOPTED** in its
9  entirety.
10 2. Defendant's Motion for Summary Judgment, **ECF No. 26**, is
11 **GRANTED**.
12 3. Plaintiff's Motion for Summary Judgment, **ECF No. 24**, is **DENIED**.
13 IT IS SO ORDERED. The District Court Executive is directed to enter this
14 Order, enter judgment for Defendant, forward copies to the parties, and close the
15 file.
16 **DATED** this 30th day of August, 2011.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 2